UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Jose Luis Cafuentes Solorzano,<br><br>*Petitioner*,<br><br>v.<br><br>Todd Blanche, *Acting U.S. Attorney General*, et al.,<br><br>*Respondents*. | No. 6:26-cv-287-CRW |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Petitioner Jose Luis Cafuentes Solorzano's petition for writ of habeas corpus (Dkt. No. 1), filed on May 5, 2026. On May 7, 2026, this Court entered an order for the respondents to show cause as to why the petition should not be granted. Dkt. No. 2. Federal Respondents filed their response on May 11, 2026. Dkt. No. 3. On September 29, 2026, Petitioner advised the Court that he had been transferred to the Joe Corley Processing Center, which is in the Southern District of Texas, Houston Division. Dkt. No. 5. In that filing, Petitioner moved to transfer this case to that Division. *Id.* at 1. Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds that Petitioner's petition for writ of habeas corpus should be denied.

Jurisdiction attached upon the initial filing for habeas relief and was not destroyed upon the Petitioner's transfer. *See McClure v. Hopper*, 577 F.2d 938, 939-940 (5th Cir. 1978). Thus, this Court retains jurisdiction over this matter and declines the invitation to transfer the case to the Houston Division.

The Fifth Circuit rejected Petitioner's statutory arguments in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026). Therefore, the Court finds that Petitioner is lawfully detained under § 1225. *See id.*; *see also Salas Rivera v. Mooneyham, et al.*, No. 6:26-CV-00526-CRW-DTG (W.D. Tex. Oct. 14, 2026).

The Fifth Circuit further rejected Petitioner's due-process arguments in *Sosnava Rodriguez v. Vergara*, No. 26-50183 (5th Cir. Oct. 23, 2026) (*en banc*). This Court has likewise denied similar requests for habeas relief on due-process grounds. *See Salas Rivera*. Under the Fifth Circuit's precedent, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED**. All other requested relief is hereby denied.

So ordered on November 17, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE